PD-0625-15

47th District Court
Potter County, Texas

Adam Mose Ramos

No. 07-13-00447-CR

TDCJ# 1902951

Trial court no. 66,280-A

Date of Birth: March 7, 1991

FILED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

Dear Court of Criminal Appeals:

My name is Adam moses Ramos, and I was convicted of aggrivated assult with a deadly weapon. I was sentenced to 13yrs. I had an appeal, but I was denied. I whould like to further my appeal case, So I'm filing a petition for discretionary review to your courts. I'm interested in learning more about this pitition on how to go about being granted my appeal, or being able to get a rehearing! I whould be very greatful if you took the time to look in to my appeal. I'm going to leave my address that way I can receive a respond back from you.

Please and thank you,

Sincerely,
Adam moses Ramos
TDCJ# 01902951
Formby State Jail Unit
998 county Road AA.
PlainView, Tx 79072

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk